McGREGOR W. SCOTT
United States Attorney
MICHAEL M. BECKWITH
Assistant U.S. Attorney
501 I St., Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2729

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Respondent,<br><br>　　v.<br><br>ALFREDO ROJAS-SANCHEZ,<br><br>　　　　　Petitioner. | CR S-02-0515 WBS<br>CIV S-05-681 WBS<br><br>MOTION TO COMPEL DISCOVERY<br>AND [PROPOSED] ORDER<br>COMPELLING DISCOVERY |

On April 8, 2005, Petitioner filed a motion to vacate his sentence under 28 U.S.C. § 2255.  On June 24, 2005, the Court ordered an evidentiary hearing on the issue of whether or not Petitioner was in fact forced to go to trial by his former counsel.  In anticipation of the hearing, the government filed a request with the United States Marshals Service to produce Petitioner forthwith for testimony before the Court.  Petitioner has now arrived at the Sacramento County Jail.

In preparation for the hearing, the government will need to review all written and electronic communications between Petitioner and his former counsel, Ms. Caro Marks.  Furthermore,

1

the government requests a brief interview with Ms. Marks in order to discuss any pertinent oral communications between her and Petitioner.  In cases such as this, the Ninth Circuit has held that when a § 2255 petitioner raises a claim of ineffective assistance of council, he or she waives the attorney client privilege as to all communications with this allegedly ineffective lawyer.  <u>Bittaker v. Woodford</u>, 331 F.3d 715, 716 (9th Cir. 2003).

On September 20, 2005, the government made a formal request for discovery from the Federal Defender's Office in order to prepare for the hearing.  Despite the Ninth Circuit's precedent, the Federal Defenders Office has refused to turn over discovery until the Court issues an order to that effect.  Consequently, the government asks the Court to order the disclosure of all written, electronic, and oral communications between Petitioner and Ms. Marks relating to Petitioner's § 2255 claim.

DATE: July 1, 2005                        McGREGOR W. SCOTT
                                          United States Attorney


                                      By  <u>/s/ Michael M. Beckwith</u>
                                          MICHAEL M. BECKWITH
                                          Assistant U.S. Attorney

O R D E R

The Federal Defender's Office is hereby ordered to provide to the United States Attorney copies of all written and electronic communications between petitioner and Caro Marks relating to the subject of petitioner's section 2255 claim, and to respond to all properly propounded inquiries concerning oral communications between petitioner and Ms. Marks relating to the subject of such claim.  See <u>Bittaker v. Woodford</u>, 331 F.3d 715, 716 (9th Cir. 2003).

DATED:  October 3, 2005

*[signature: William B. Shubb]*

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE